UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04CR 10347 NG

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: |
| v. ) | |
| ) | VIOLATION: |
| GEORGE BECK JR. ) | 29 U.S.C. 501(c) |
| ) | Embezzlement from a |
| _____ ) | Labor Organization |

**INDICTMENT**

COUNTS ONE THROUGH FOURTEEN
(29 U.S.C. §501(c) - Embezzlement from a Labor Organization)

The Grand Jury charges that:

On or about the dates set forth below, in the District of Massachusetts,

GEORGE BECK JR.,

defendant herein, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use or the use of another, the moneys, funds, property, and other assets of a labor organization of which he was an officer, in that the defendant, while serving as Secretary-Treasurer of Paper, Allied-Industrial, Chemical and Energy Workers (PACE), Local 01-366, issued from the bank account of Local 01-366 the following checks, purportedly signed by the Financial Secretary-Treasurer of Local 01-366, made payable to himself and in the amounts set forth below; endorsed the checks; and cashed the checks or deposited them into his own

bank account, all without the authorization of Local 168:

| Count | Date of Check | Check Number | Amount |
|---|---|---|---|
| 1 | July 29, 1999 | 1078 | $650 |
| 2 | January 11, 2000 | 1221 | $650 |
| 3 | August 25, 2000 | 1434 | $650 |
| 4 | January 15, 2001 | 1570 | $650 |
| 5 | March 28, 2001 | 1034 | $650 |
| 6 | July 25, 2001 | 1148 | $650 |
| 7 | October 18, 2001 | 1213 | $650 |
| 8 | December 17, 2001 | 1271 | $650 |
| 9 | June 27, 2002 | 1425 | $650 |
| 10 | October 9, 2002 | 1478 | $650 |
| 11 | November 15, 2002 | 1500 | $650 |
| 12 | December 13, 2002 | 1519 | $650 |
| 13 | January 17, 2003 | 1549 | $650 |
| 14 | April 30, 2003 | 1634 | $650 |

All in violation of Title 29, United States Code, Section 501(c).

<u>COUNTS FIFTEEN THROUGH TWENTY-SIX</u>
(29 U.S.C. § 501(c) - Embezzlement from a Labor Organization)

The Grand Jury further charges that:

On or about the dates set forth below, in the District of Massachusetts,

GEORGE BECK JR.

defendant herein, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use or the use of another, the moneys, funds, property, and other assets of a labor organization of which he was an officer, in that the defendant, while serving as Secretary-Treasurer of Paper, Allied-Industrial, Chemical and Energy Workers (PACE), Local 01-366, made the following charges on the credit card account of Local 01-366, as payment for a personal expenditure, to wit: a Bose Acoustic Wave Music System, without the authorization of Local 01-366:

| <u>Count</u> | <u>Date of Transaction</u> | <u>Amount</u> |
|---|---|---|
| 15 | February 23, 2001 | $143.84 |
| 16 | March 25, 2001 | $89.92 |
| 17 | April 25, 2001 | $89.92 |
| 18 | May 25, 2001 | $89.92 |
| 19 | June 25, 2001 | $89.92 |
| 20 | July 25, 2001 | $89.92 |
| 21 | September 18, 2001 | $89.92 |
| 22 | October 15, 2001 | $89.92 |
| 23 | November 15, 2001 | $89.92 |

| | | |
|---|---|---|
| 24 | December 22, 2001 | $89.92 |
| 25 | January 14, 2002 | $89.92 |
| 26 | February 15, 2002 | $89.92 |

All in violation of Title 29, United States Code, Section 501(c).

## FORFEITURE ALLEGATION

(18 U.S.C. §981 and 28 U.S.C. §2461(c))

1. As a result of the offense in violation of 29 U.S.C. § 501(c) charged in Counts One through Twenty-Six of this Information

GEORGE BECK JR.,

defendant herein, shall forfeit all property, real and personal, that constitutes, or is derived from, proceeds traceable to the commission of the offense, including but not limited to:

(a)   $26,835.05

(b)   A BOSE Acoustic Wave Music System

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third person;

(c)   has been placed beyond the jurisdiction of the Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 981 and Title 28, United States Code, Section 2461(c).

NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1. The Defendant abused a position of private trust and used a special skill in a manner that significantly facilitated the commission or concealment of the offenses charged in Counts One through Twenty-Six, as described in U.S.S.G. §3B1.3.

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: November 23, 2004, at 4:30PM.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet    04CR 10347 NG    U.S. District Court - District of Massachusetts

**Place of Offense:** Waltham, MA    **Category No.** II    **Investigating Agency** DEPT. OF LABOR

**City** Waltham

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** George Beck    Juvenile [ ] Yes [X] No

**Alias Name** _____

**Address** 26 Eddy Street, Waltham, MA 02453

**Birth date (Year only):** ____ **SSN (last 4 #):** 2369 **Sex** m **Race:** Caucasian **Nationality:** U.S.A.

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Emily R. Schulman    **Bar Number if applicable** _____

**Interpreter:** [ ] Yes [x] No    **List language and/or dialect:** _____

**Matter to be SEALED:** [ ] Yes [x] No

[ ] Warrant Requested    [x] Regular Process    [ ] In Custody

## Location Status:

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [ ] Complaint [ ] Information [x] Indictment

**Total # of Counts:** [ ] Petty ____ [ ] Misdemeanor ____ [x] Felony 26

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** November 23, 2004    **Signature of AUSA:** Emily Schulman

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): 04cr10347NG

Name of Defendant   George Beck

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. Sec. 501(c) | Embezzlement of Funds from Labor Org. | 1-26 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**