AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA
V.
GEORGE BECK JR.
26 EDDY STREET
WALTHAM, MA 02453

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:    04-10347 NG

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| UNITED STATES DISTRICT COURT - DIST. OF MASSACHUSETTS<br>1 COURTHOUSE WAY<br>BOSTON, MA 02210 | COURTROOM #23, 7TH |
| Before:    MAGISTRATE JUDGE LAWRENCE P. COHEN | Date and Time<br>DECEMBER 21, 2004 @ 11:45AM |

To answer a(n)

X  Indictment     ☐ Information     ☐ Complaint     ☐ Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title  18  United States Code, Section(s)  501(c)

Brief description of offense:
EMBEZZLEMENT OF FUNDS FROM LABOR ORG

/S/ Maria Simeone
Signature of Issuing Officer

DECEMBER 3, 2004
Date

MARIA SIMEONE , COURTROOM DEPUTY
Name and Title of Issuing Officer