# FINANCIAL AFFIDAVIT

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☒ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

LOCATION NUMBER

IN THE CASE OF: United States v. George Beck Jr.

FOR: Mass
AT: Boston

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court:
Court of Appeals:

PERSON REPRESENTED (Show your full name): George Beck Jr.

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor
29 U.S.C. 503(c)

## ASSETS

### EMPLOYMENT
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: Waltham Services
IF YES, how much do you earn per month? $ 5,500
IF NO, give month and year of last employment
How much did you earn per month? $ 3000
If married is your Spouse employed? ☒ Yes ☐ No — Paralegal
IF YES, how much does your Spouse earn per month? $ 1,800
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

### OTHER INCOME
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED: $ ___     SOURCES: N/A

### CASH
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No   IF YES, state total amount $ 2000

### PROPERTY
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
VALUE: 500   DESCRIPTION: Snowmobile

## DEPENDENTS
MARITAL STATUS: ☒ MARRIED (Single / Widowed / Separated or Divorced)
Total No. of Dependents: 2
List persons you actually support and your relationship to them: son Matthew (23), son Adam (18)

## OBLIGATIONS & DEBTS

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Pay |
|---|---|---|
| APARTMENT OR HOME: Rent | | $800 |
| Lease | | $415 |
| Credit card debt | $4,000 - 5000 | $150 |
| Utilities | | $400 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): ___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signed]