UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

  V.

**GEORGE BECK, JR**

                   <u>CR # 04-10347 NG</u>

  Defendant

## <u>APPOINTMENT OF FEDERAL DEFENDER</u>

**TIM WATKINS**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **<u>DECEMBER 21, 2004</u>** to represent said defendant in this cause until further order of the Court.

            TONY ANASTAS
            CLERK OF COURT

           By: <u>/s/ Maria Simeone</u>
              Courtroom Deputy
              The Honorable Lawrence P. Cohen

DATE: <u>DECEMBER 21, 2004</u>

(appt of fed deft.wpd - 11/98)                     [koapptpd.]