UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
　　　　　　Plaintiff

v.                                              Case Number:  CR 04-10347-NG

George Beck Jr.
　　　　　　Defendant

**ORDER OF REFERRAL**
January 27, 2005

GERTNER, DJ

　　　The above captioned case is referred to Magistrate Judge  Judith G. Dein  upon the retirement of Magistrate Judge Lawrence P. Cohen.  Any instruction entered on the original Order of Reference remains in effect.

　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　/s/ Virginia A. Hurley
　　　　　　　　　　　　　　　　　　　　Deputy Clerk