UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10347-NG |
| | ) | |
| GEORGE BECK, JR. | ) | |

ASSENTED-TO MOTION TO
CONTINUE FINAL STATUS CONFERENCE

Defendant moves that this Court continue the Final Status Conference, presently scheduled for March 4, 2005, to March 23, 2005 at 3:00 p.m. or as soon thereafter as is convenient to the Court. As reasons therefore, defendant states the following:

1. Counsel for defendant has not been able to comprehensively review discovery and meet with defendant concerning available options. Counsel's attention to this matter has been distracted, primarily because of unanticipated increase in case assignments in the Federal Defender Office as a result of work assigned from attorneys on leave and leaving the office.

2. Moreover, counsel has been preparing for trial in United States v. DiGirolamo, et. al., No. 03-10072-RCL, a two week trial scheduled to begin this coming Monday, March 7, 2005.

3. Defendant is therefore requesting a brief continuance so that counsel may discuss options with the defendant and the parties may make a reliable report to the Magistrate Judge concerning the status of the case.

4. The government assents to this motion.

5. The parties agree that the period commencing March 4, 2005 up to and including the rescheduled Final Status Conference is excludable from calculations under the Speedy Trial Act in the interests of justice.

| Assented to: | Respectfully submitted, |
|---|---|
| MICHAEL SULLIVAN<br>UNITED STATES ATTORNEY | GEORGE BECK, JR.<br>By His Attorney, |
| /s/ Timothy Watkins o/b/o<br>Donald L. Cabell<br>Assistant United States Attorney<br>United States Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>Tel: 617-748-3105 | /s/ Timothy Watkins<br>Timothy G. Watkins<br>Federal Defender Office<br>408 Atlantic Ave. 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |