UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
        v.                          )        CRIMINAL NO. 04-10347-NG
                                    )
GEORGE BECK, JR.                    )

<u>DEFENDANT'S SENTENCING MEMORANDUM</u>

Defendant, George Beck, Jr., respectfully moves this Court
to impose a sentence of two years probation with the special
condition that the first six months of that probation be spent in
home detention.  Such a sentence not only comports with the
advisory range suggested by the Sentencing Guidelines but is
reasonable and appropriate pursuant to the factors set forth in
18 U.S.C. § 3553(a).

<u>**BACKGROUND**</u>

For the past sixteen years, Beck has been employed by
Waltham Chemical Services as a pest control technician.  By all
accounts, Beck is has always been and continues to be an
exemplary employee who is experienced and dedicated to his job.
<u>See</u>, <u>e.g.</u>, Letter of Service Manager Bob Seaward (attached
hereto)(nominating Beck as employee of the month for August,
2005).

Pest Control Technicians at Waltham Services are unionized
and Beck has been a member of the Paper, Allied-Industrial,
Chemical and Energy Workers Union (PACE) Local 01-366, since his

employment with Waltham Services.  In 1995, Beck was recruited by a friend, the President of PACE, to serve as Secretary-Treasurer of the union.  Although nominally elected, the post is a thankless task requiring a level of substantial and sustained commitment such that few volunteer to undertake it.  The union has no full-time officers or employees; instead, officers received a monthly stipend/salary to compensate them for their service as union officers and time lost on the job.  Beck's compensation, set by the union, was a total of $650 per month.

As Treasurer during the period at issue, Beck had sole responsibility for the finances of the small union.  He accomplished this task from a basement room of his rented home in Waltham.  His duties included paying bills and authorizing union expenses for a variety of activities.  To perform the duties he was given a union check ledger, an ATM card, and a union credit card.  There was no union oversight of his activities and few internal audit controls.

During the same time he was treasurer, Beck was married with two children approaching college age.  The family's finances were (and still are) precarious as a result of an exceedingly ill-advised decision, in the early 1990's, to co-sign a personal loan for the operation of a sports equipment store that was run into the ground and subsequently looted by his brothers-in-law.  The decision forced Beck and his wife into bankruptcy in 1995 and the

couple has lived, with varying success, from paycheck to paycheck ever since.  The demands on the couple's income grew considerably as the two teenagers, both active in a number of sports including ice hockey, completed high school and prepared for college.

At the same time, Beck's mother, who had raised her only son single-handedly with only minimal support from Beck's father, began a spiraling decline in health that led her to become disabled, legally blind, and completely dependent on Beck.  Beck cared for her on a daily basis until her death from complications related to diabetes and liver failure in November, 2001.  Beck's mother's decline and death had a profound impact on Beck and resulted in a period of depression that was only recently diagnosed.  That depression manifested itself in various ways, including a penchant for low-stakes gambling and addiction to lottery scratch tickets.

In light of the Beck family's ever-difficult financial situation and Beck's own declining mental health, the temptation to delve into the union's account proved overwhelming. Beginning in 1999, Beck began making a series of unauthorized cash withdrawals, purchases on the union's credit and checking accounts, and double salary disbursements to himself.  The amounts taken were modest but regular.  Beck showed little sophistication in taking the unauthorized payments and did little or nothing to hide payments and unauthorized charges - as the

-3-

only person responsible for authorizing payments, nearly all of
the payments, if not directly made to himself, were immediately
traceable to his personal, rather than union, use.

The discrepancies in the union's books became immediately
apparent when the U.S. Department of Labor conducted an audit of
the union's books in 2003.  When confronted with the
discrepancies, Beck immediately admitted that he had embezzled
money from the union account and cooperated with investigators by
detailing his wrongdoing.  The subsequent investigation revealed
that over a four year period Beck had made unauthorized
expenditures to himself from the union totaling $26,918.27.

### SENTENCING RECOMMENDATION

The offense is serious.  It involves the misappropriation of
hard-earned dues by an individual entrusted to use them to the
members' best interests.  Notwithstanding the seriousness of the
offense, the amount taken is comparatively minor, both in the
small individual disbursements and in the cumulative total amount
over four years.  Unlike the vast mine run of white collar
crimes, the advisory sentencing guideline range in this case
reflects the lack of pecuniary gain by recommending a sentence of
as low as six months and also providing the Court with a number
of sentencing options to balance retribution and justice.  See
PSR ¶85.

-4-

Defendant submits that a sentence of two years probation with the special condition that the first six months of that probation be spent in home detention is an appropriate sentence for a number of reasons. First, the sentence will allow him to keep his employment at Waltham Services, thus providing a realistic prospect at paying the special assessment[1] and then some or all of the restitution to the union. By contrast, a sentence of imprisonment will end the employment and career of a man who, at age 46, has few skills outside of the field in which he has worked for sixteen years. Even a sentence to a halfway house will mean the end of Beck's employment - such a sentence requires a short initial period of time where detainees are prohibited from seeking or maintaining employment at all, and Beck's overnight work hours are incompatible with halfway house curfew and work rules.

Second, a sentence to probation with a home detention component would avoid unwarranted - and unnecessary - financial calamity for Beck's wife and children. As detailed in the Presentence Report, Beck has no significant assets and lives in a rented home with his eldest son while at the same time provides support to his younger son at Norwich University. A sentence of

---

[1]The government has charged Beck by means of 26 counts which will require a special assessment of $2,600 that must be paid before restitution may be paid.

imprisonment or to a halfway house would effectively result not only in loss of his present career but homelessness for himself and his son at the end of any term, as well as severe hardship on his younger son at college.

Finally, a sentence of probation with a home detention component is clearly "sufficient but not greater than necessary" to effectuate the goals of 18 U.S.C. § 3553(a). The shame that the revelation of the instant offense has brought to bear on Beck is plain and itself a deterrent to any similar behavior in the future. And, as the attached letters and the PSR demonstrate, the instant offense is an aberrant episode in Beck's otherwise exemplary life. In these circumstances, a sentence of probation with a home detention component is reasonable and appropriate.

## CONCLUSION AND RECOMMENDATION

For the foregoing reasons, this Court should sentence the defendant to two years probation that includes home detention for a period of six months. The Court should also:

1.  Not impose a fine in light of the special assessment of $2,600 and the restitution order.

2.  Order restitution in the amount of $26,918.27.

3.  Waive the standard substance abuse testing and counseling condition that would otherwise apply, in light of Beck's lack of any demonstrated substance abuse history.

-6-

GEORGE BECK, JR.
By His Attorney:


/s/ Timothy Watkins
Timothy Watkins
  B.B.O. #567992
Federal Defender Office
408 Atlantic Ave., Third Floor
Boston, MA  02110
Tel: 617-223-8061

To: The Honorable Nancy Gertner
Re: George H. Beck, Jr.

My name is James R. Auld, and I am currently a member of the Waltham Massachusetts
Police Department, assigned to the Detective Division, Juvenile Unit. I have been a
member of the Waltham Police Department for twenty- five years now, and for the past
fifteen years, have been performing my duties as Juvenile Detective. I am married and
have five daughters and a granddaughter. My wife and I, along with our children have
deep roots in Waltham and many long- time Waltham friends. Over the years I have
witnessed many times when members of our community have faced difficult challenges
in their lives, some due to their own poor judgment, human frailty, or painful tragedy.
Many times I have been so impressed and proud of how small, compassionate, and
forgiving our city can be in supporting friends at a time of need.

It is for this reason that I write this letter on behalf of a very good and dear friend of mine,
George H. Beck, Jr. I have known George for at least twenty years now, and have
always known him to be an excellent son, loving husband, devoted father, involved
citizen, hard worker, and loyal friend. I have personally seen George over many years
donate so much of his own time to help out, coordinate, or run many valuable activities
that assist various youth teams and programs, and doing so in complete anonymity. I
have seen and heard many accounts of George and how much time he spent coaching
youth hockey, as well as serving as one of the catalysts for the Waltham High School
Football Team Boosters' Club, which provides scholarships and help to needy students
of Waltham High School. On a personal note, when I have faced my own painful "family
difficulties", George has been one of the first to extend his care and friendship in an
honest and comforting way. I could go on and on about George Beck, and the fact that I
have always considered him a friend, and I want to support him at a time when he could
probably use it. But I also realize that George must accept responsibility for a very
serious problem that he created, and I am very confident that he will.

I recently saw George and we spoke for a while about his predicament. He apologized
to me for any disappointment or resentment I might harbor for him. In my position as a
detective involved in the investigation of crimes, I often have the opportunity to interview
both victims and suspects of crime. I feel I have pretty good insight into those who may
be remorseful enough to admit and accept their mistakes, and the consequences that
will be associated with those mistakes. I feel very strongly that George is truly sorry for
what he did, and accepts full responsibility for the poor choices and judgments he made
in his position with his union. I admit that I do not know all the details of the case, and
the purpose of this letter is not to try to explain why any of this happened. I only wanted
to write this letter to let the courts know that the George Beck that I and many others
know is a really fine person who's biggest fault has always been that he has had a
bigger heart than to ever say "No" to anyone who has asked for his help. I'm quite sure
that George questions himself everyday as to why he did what he did, and regrets that
he compromised his values and all that he has always stood for.

In evaluating this case, and in trying to find a just and fair way to a resolution of this matter I am hopeful that there might be some opportunity to consider the fact that George Beck is just a really nice guy who made some really poor choices. Those choices, from my perspective, are totally out of character for the George Beck that I have known and think so much of, and I know many others would agree. As a police officer I have the greatest respect for our laws, and for those who enforce them and interpret them for the purposes of justice. Justice must always be a priority, but even in the business of policing, there is still some room for appropriate forgiveness. I sincerely hope that George Beck can accept and understand the strength and honesty of justice as well as experiencing the power of forgiveness. In speaking on behalf of my friend George Beck, I would very much appreciate any consideration that could be shown George and know that he will respect any decision handed down by the courts. Thank you for reading this letter.

Sincerely & Respectfully,

James R. Auld
#31 Wyola Prospect
Waltham, Mass. 02451

(781) 891-7694

Waltham, MA 02451
August 25, 2005

The Honorable Nancy Gertner
C/O Attorney Timothy G. Watkins
Federal Defenders Office
408 Atlantic Ave., 3rd Floor
Boston, MA 02210

Re: George H. Beck, Jr.

Dear Judge Gertner:

I met George when he was a 10th grade biology student at Waltham High School. I taught him as such in the late 70's or early 80's. He was a pleasure to have in class and a good student. As a member of the football team George was liked and respected by students as well as faculty.

In my more recent contacts with George Beck I have found him to be the loving caretaker for many years of his now deceased mother. He is very helpful, respectful and supportive of the handicapped, elderly and infirm. Since we attended the same church there were plenty of opportunities for this observation to be made. Also he took leadership roles which helped the church to attain funds.

I remember George as being well mannered, compassionate, cooperative and trustworthy.

Sincerely,

Julia J. Kerr

 

**MEMBER**
**A.H.A.**

*Waltham Youth Hockey Association*

P.O. Box 540654
WALTHAM, MA 02454



August 25, 2005

To the Honorable Nancy Gertner,

I am writing to you today on behalf of Mr. George H. Beck, Jr. Over 15 years ago I had the fortune of becoming acquainted with him through the organization of Waltham Youth Hockey. We have worked together in this organization for the entire time. Through that time I have come to know George as a hard working, caring, dedicated, honest individual. The needs of the over 550 children that WYH serves were always of his utmost concern. He has had a positive impact in the lives of thousands of children.

He has served the WYH community in many areas from coaching all the way through sitting on the Board of Directors for over ten years. He filled whatever post and role needed to be filled to assure the kids had a successful, fun, learning experience. He was often seen spending extra time with the less talented individuals to help them gain confidence in themselves. No child would be left unattended or behind. George was sure to instill in every child they had a role and a place on their team and their value was significant.

Whenever any issues on the board arose that could have caused controversy he was the voice of reason and diplomacy. Always reminding us there may be other points of view to consider. While also reminding us the decisions should be made in the best interest of all children. This is a valuable lesson I still use today as President of Waltham Youth Hockey. Long after George's children had left WYH he still donated his time to the board. He wanted to be sure his departure did not leave the people he worked with short-handed.

There are many people who you meet in life, but few like George Beck. He is kind, considerate, generous of his time, and sincere. You know where George stands on all issues. He posses a quality I believe you must have in order to be successful in life no matter who you may be and that is to Treat People Like You Want To Be Treated. If we all incorporate that into our lives we will live better lives. I am a better person for knowing George Beck and the children of WYH are better people for the years he served them.



Richard L. Baxter
20 Whitman Rd. 2-2
Waltham, Ma. 02453
August 25, 2005

The Honorable Nancy Gertner
C/O Attorney Timothy G. Watkins
Federal Defenders office
408 Atlantic Ave. 3rd Floor
Boston, Ma. 02210

Dear Judge Gertner:

My name is Richard Baxter and I have known the Beck Family for 30 years. I have
known George H. Beck Jr. for over 20 years as a fellow member of the Waltham Elks
Lodge. He has been instrumental in working with the Waltham Youth Hockey Team and
has been a positive influence in shaping the lives of these young people. He has been a
devoted father to his two sons and has supported their interests in sports throughout their
school years. He has always been there for his family!

As I compose my letter of support for him, it is still incomprehensible to me as to how
and why he has gotten himself into this unfortunate situation. He is truly sorry for what
he did and will never forgive himself for the pain, embarrassment and heartache he has
caused him family. I know people make mistakes and I sincerely hope he is given a
second chance.

Best Regards,

Richard L. Baxter

Lincoln Fee
Waltham, MA 02451
August 25, 2005

The Honorable Nancy Gertner
C/O Attorney Timothy G. Watkins
Federal Defenders Office
408 Atlantic Ave., 3rd Floor
Boston, MA 02210

Re: George H. Beck, Jr.

Dear Judge Gertner:

I have known George, his family and mother since joining Christ Church Waltham in 1991. During these years I have seen and interacted with him in many roles.

I was impressed by his efforts to support the activities of his children while aiding his mother who had lost her sight. During the years that I served on the Vestry, Board of Directors, of the church George handled some church monies. There was never a question about funds passing through George's hands. I have also know George to support people outside of his family when asked.

When George told me what had transpired and asked me for a letter of reference I felt that I should support him. The acknowledgement of wrong doing is the first step in change.

Otho E. Kerr, Jr.
Retired Physicist
US Airforce Cambridge Research Center and Brandies U.

*Attorney at Law*

135 Beaver Street
Waltham, Massachusetts 02452
Telephone (781) 893-6249
Facsimile (781) 893-1494
Email: arcohn@conversent.net

August 26, 2005

The Honorable Nancy Gertner
United States District Court
Boston, MA

Re:    George H. Beck, Jr.
<u>26 Eddy Street, Waltham, MA</u>

Dear Judge Gertner:

I am writing on behalf of George Beck, an individual who I served with on the Waltham Youth Hockey Board, had the privilege of him coaching my son, Brendan, and as a parent and friend, as our children played hockey together for many years.

Though I have not had much contact with George recently, I have read of his problems and his current legal situation. It is truly unfortunate for him and his family.

The George Beck I know is friendly, trustworthy, great with children, and respected in the Waltham hockey family and the community as a whole. He served on many boards and was very active in his church. The community benefited greatly from his many years of service and involvement

I am sure you know, George has a wonderful family who are devastated but still supportive and hopeful for his and their future.

Please consider his past accomplishments, family situation, and reputation when considering how the Court should proceed.

As an attorney of almost 33 years, I have confidence in the judicial system, and I know you will give him every consideration.

Very truly yours,

A. Richard Cohn, Esquire

ARC:AMC

To the Honorable Nancy Gertner:

I would be lying if I said that I was not disappointed in my friend of almost twenty years, George Beck. When I heard the situation that George had gotten himself into, I was convinced that it was a mistake. I refused to believe that the man that I knew to be such an honest and intelligent individual could possibly be guilty of the crimes he was accused of.

I met George many years ago when our oldest sons were just starting youth hockey as five year olds. We hit it off right away and went on to coach and serve as board members together. We worked shoulder to shoulder for many years and I never questioned his integrity in any aspect whether dealing with budgets or the children entrusted to our care and supervision. More than that, we became close friends as did our families. Our wives worked together for a time and the two Beck boys are exactly the same ages as two of my sons and all remain close to this day.

Whatever George has done wrong in his life it certainly has not been with his family or friends. He is a wonderful husband, father, son and son-in-law to ailing parents. Everybody loves George and that is where the irony comes in. He would do anything for anybody but unfortunately used some bad judgment and made some stupid mistakes. No one could punish George more than he has already punished himself. He has admitted to his wrongdoings and is totally remorseful for what he did and for the pain he has caused. I hope you will consider the exemplary life that he has led up until the time of these indiscretions. My wife, Susan, and I along with our three sons still trust, respect and consider George Beck to be one of our closest friends. Please consider his life in its entirety and allow him get back to it.

Respectfully yours,

Robert F McCarthy

Robert F. McCarthy

# A. Richard Cohn

*Attorney at Law*

*135 Beaver Street*
*Waltham, Massachusetts 02452*
*Telephone (781) 893-6249*
*Facsimile (781) 893-1494*
Email: arcohn@conversent.net

August 26, 2005

The Honorable Nancy Gertner
United States District Court
Boston, MA

Re:     George H. Beck, Jr.
        26 Eddy Street, Waltham, MA

Dear Judge Gertner:

I am writing on behalf of George Beck, an individual who I served with on the Waltham Youth Hockey Board, had the privilege of him coaching my son, Brendan, and as a parent and friend, as our children played hockey together for many years.

Though I have not had much contact with George recently, I have read of his problems and his current legal situation. It is truly unfortunate for him and his family.

The George Beck I know is friendly, trustworthy, great with children, and respected in the Waltham hockey family and the community as a whole. He served on many boards and was very active in his church. The community benefited greatly from his many years of service and involvement

I am sure you know, George has a wonderful family who are devastated but still supportive and hopeful for his and their future.

Please consider his past accomplishments, family situation, and reputation when considering how the Court should proceed.

As an attorney of almost 33 years, I have confidence in the judicial system, and I know you will give him every consideration.

Very truly yours,

A. Richard Cohn, Esquire

ARC:AMC

The Honorable Nancy Gertner:

My name is James Hewitt, and I live at 20 Hillcroft Road, Waltham, MA. 02452. I am writing to you on behalf of Mr. George H. Beck Jr. I do not know that much about his case, only that he took money which did not belong too him. I was very surprised to read this story in the local paper. As far as I know this behavior is totally out of character for him.

I have known George for many years, and most of my dealing with George involved working with him at Christ Episcopal Church in Waltham. George and I served on the church Vestry Board. During the time we worked together, I always found him to be an honest and honorable man. Whenever he could not make a meeting, it was because of family matters. He was involved with his children, especially hockey.

Believe me when I say I do not condone his actions, especially as I was a Waltham Police Officer for twenty six years. People sometimes just do stupid things, and I think this is what happened to George. I would ask you to look at this individual as a whole, and make a decision that not only punishes him, but gives him a change to make amends, and live a full and prosperous life with his family.

Sincerely yours,


James E. Hewitt

To:  The Honorable Nancy Gertner

## RE:  Character Reference - George Beck

The purpose of this is to provide a character reference for Mr. George Beck whom I have known for a period of 4 years.

I first met George and his family at Mile-A-Way Campground where we both occupy a seasonal site. Soon after being introduced we became close friends.

As friends, we have spent countless weekends together starting with a family breakfast and ending each day at the fireplace discussing family, friends, and the days events. I have gotten to know George very well and have grown to share a special bond with George and his family. Recently, George made me aware of the situation he was in and expressed sincere remorse, though I was saddened and let down I reminded myself of the person I truly believe in as a friend and family man and position myself to provide you with the most accurate assessment of his character.

As a family man, George is very dedicated to his wife Linda, and sons Matt and Adam. I have spent many nights by the fire listening to George reminisce of his boys when they were small, and how proud he is today of each sons efforts in school, and active participation in sports. With Matt recently finishing college and Adam now off to a college in Vermont, George communicates with them daily. On weekends he sees to the needs of his elderly Aunt Ellie who lives close by in Deering, NH.

In the campground, George is very well liked and has a special gift of pulling people together. He participates in campground activities by offering to cook or being an announcer at a weekend event always making sure everyone else is pleased first. George is always there lending a hand to anyone in need whether it be a friend or complete stranger. For three years he has been the major planner of special events such as a Hawaiian Luau and Chili fest. These events are run on the behalf of Mile-A-Way Campground to raise donations for the local Rescue and Fire Departments in Henniker, NH. I have great respect for his ability to plan and "fine tune" each event to make sure it is a success.

In close,  George Beck has abundance of positive qualities and has proved to me a loyal, dedicated, hard working, committed family man and friend.

Sincerely,

Carol J. Dove

To: The Honorable Nancy Gertner

This letter is in reference to Mr. George Beck who is scheduled to appear in your court in the near future. I have known Mr. Beck for the past twenty or so years. Mr. Beck and I served together on the Waltham Youth Hockey Board of Directors for a number of years, specifically 1990 – 1998. For the majority of those years, I served as President and Mr. Beck held several positions including Vice President. During those years in addition to being responsible for the administration of this hockey league as a board member, his son and mine played on the same team off and on as their talents progressed. During this time period, Mr. Beck was a model parent, and we did have our share of parents that caused the Board of Directors severe heart burn. As a board member, Mr. Beck was involved in a multitude of jobs required to administer a hockey program including fundraising efforts as well as purchasing responsibilities for the league. Mr. Beck was a fantastic board member. He would volunteer to help out whenever needed in some facet of the operation of the program and was always available if asked to help out.

It disturbed me greatly to hear of the situation that Mr. Beck has gotten himself into. This is truly out of character and not something I would have expected from him based on my years of knowing him. This incident has caused great stress within his family and embarrassment to himself. As a friend for many years, I feel that it is an incident that he truly regrets and was a mistake that he feels very sorry for. I believe this to be an unfortunate incident that will not be repeated and hope that the court views it the same way.

Thank You for taking the time to read this and for providing the opportunity for me to express my opinion of Mr. Beck.

Michael Douglas

Past President
Waltham Youth Hockey
23 Cunningham Circle
Waltham, Ma. 02453

Honorable Nancy Gertner,

I am writing on behalf of George H. Beck Jr. I have known George the past 10 years in the capacity of coaching his sons Matt and Adam as the varsity hockey coach at Waltham High School. George and his wife Linda were always supportive hockey parents (which is not always the case in this profession) who raised two sons that were a joy to coach. Through my coaching at Waltham High School I had an opportunity to witness first hand George's generosity in giving back to the Waltham community. George was a member of our Friends of Waltham High School Hockey booster club and helped raise thousands of dollars to benefit our program for scholarships, banquets, awards, etc. George also served in the capacity of Vice President for Waltham Youth Hockey. He spent hundreds of hours working diligently for the benefit of our youth organization and this program is one of the top programs in the state because of the work of people like George.

George Beck is a good person who unfortunately for himself and family used poor judgment. I know that George will rebound from this experience and be an asset to the Waltham community.

Sincerely yours,

John L. Maguire

# CITY of WALTHAM

**Robert S. Kelly**
*Councillor, Ward One*
*President, Waltham City Council*

*August 29, 2005*

*Honorable Judge Nancy Gertner*
*United States District Court for the*
*District of Massachusetts*
*John Joseph Moakley U.S. Courthouse*
*1 Courthouse Way - Ste. 4130*
*Boston MA  02210*

*Dear Judge Gertner,*

*I write to you as a character witness on behalf of George H. Beck, Jr. Mr. Beck and I have been friends for the past twelve years. Over that time period we have been involved in numerous volunteer activities together. Most of these activities were representing Waltham Youth Hockey. Our children are very active in sports as are most children today.*

*It was here that I saw the real George Beck. He would be more than willing to help out the program and often times after working all day at his full time position. He would be tired, hungry and cold, but that did not stop him from stepping up and doing the job that no other parent would volunteer to do. He became a friend and coach to hundreds of young hockey players. His sons were exposed to this willingness to help others and as a result have blossomed into two wonderful young men.*

# CITY of WALTHAM

**Robert S. Kelly**
*Councillor, Ward One*
*ident, Waltham City Council*

Honestly, we were all surprised at the predicament George had put himself in. It is so out of character for him. I know that he has made a mistake and must atone for his wrongdoings. But please be aware that this man's heart is as large as they come. He would give anything to help out someone in need. I ask you to weigh this when considering the fate of Mr. Beck. I stand with him in his time of need as a friend and as a father of two children that think the world of him. Their wish is to see him back at the rink smiling and doing what he does best – being decent!

Please let me know if there is anything I can do on behalf of Mr. Beck and/or the court system.

Respectfully,

Robert S. Kelly
Ward One City Councilor and
Immediate Past President,
Waltham City Council
610 Main Street
Waltham, MA 02452

Cc: Attorney Timothy G. Watkins

0 Worcester Lane • Waltham, Massachusetts 02451 • Tel 781-893 8845 • Fax 781-894-5099  e mail: council1@city.waltham.ma.us

# Waltham
### SERVICES, INC.
*Pest and Termite Control since 1893*

## TECHNICIAN OF THE MONTH
### Area One Waltham
### August 2005
### George Beck

I am nominating George Beck for the work that he has done over the past month at Suffolk University.

Suffolk University campus is a mixture of old and new buildings in the very heart of the city.

There are twelve separate accounts and each one poses it own challenges, there are no easy calls.

During the summer there is a lot of activity with students moving in and out as they graduate or attend summer programs. As September approaches we are always asked to step up service so that there will be no surprises for the incoming students.

No parent paying over thirty thousand dollars a year wants to hear from their child that there are mice, rats, and bugs attending Suffolk for free.

At 10 Somerset St. there have been problems with mice at the loading dock, office areas, and on the upper dormitory floors.

George was able to find and seal up the problem areas in the loading dock and Suffolk will be making repairs to the overhead door.

He also found where mice had gained entrance to the office and made repairs.

George had gone through the building top to bottom and inside and out trying to find points of entry.

After locating the holes in the office area he realized that these openings were on the same side of the building as the utility closets on the upper floors.

George went back outside and looked again. This time he enlisted the help of three of the Suffolk maintenance crew to help him remove heavy grates in the alley walkway.

He got a ladder and went down into the pits where the vents for HVAC are located. After moving some insulation material he found mouse droppings around the vent openings.

He then noticed that mice had chewed holes in the cloth like material covering the backs of the louvers.

These vents lined up with the offices and utility closets above and are most likely the elusive points of entry he was looking for.

Suffolk will be making repairs with a screening that cannot be penetrated by the mice.

George has also been successful in other areas of the campus such as finding out how rats were gaining access to the kitchen of 41 Temple.

He has educated the food service staff in all the kitchens about fruit fly prevention while he made applications to reduce amount of flies.

George also was able to resolve an unknown persistent fly problem in one of the administrative offices that was becoming an issue.



George has been working very closely with our contact Brian McDermott, The Assistant Director of Facilities Management and his staff.
Brian mentioned to me in his one of his latest emails "George is doing a great job."

I agree with Brain, George has been doing a great job and this is why I am nominating him for Technician Of The Month.

Bob Seaward
Service Manager
Area One
Waltham

8/30/05

The Honorable Nancy
Gertner,

I am writing this letter on behalf of George H. Beck Jr. I have known George and his family for several years and can assure you he is a loving and caring individual who is deeply sorry for this embarassing

situation. George has played an active role in his community. He has coached the youth of Waltham and supported the many extra-curricula programs in the city. He is well aware of the mistake he has made and is grateful for his many supporters. I ask that you consider his past, clean record and be lenient on your

decision for his
retribution.

Thank you.

Janet Connors
10 Hays Rd
Waltham
02453