

# MEMORANDUM

**To:** Honorable Nancy Gertner, U.S. District Judge
**From:** Nicole L. Monteiro, U.S. Probation Officer
**Re:** **George Beck - Dkt. #04CR10347**
<u>**Financial update 6 months prior to termination**</u>
**Date:** April 2, 2007

On 9/7/05, the above-named individual appeared for sentencing before Your Honor and pled guilty to 26 counts of Embezzlement from Labor Organization in violation of Title 29 U.S.C. § 501(c). Your Honor sentenced the defendant to 2 years probation, $26,918.27 restitution, and a $2,600 special assessment with the following special conditions:

    The defendant is prohibited from possessing a firearm or other dangerous weapon.

    The defendant is to provide the probation officer access to any requested financial information. The financial information provided to the Probation Office by the defendant may be shared with the Financial Litigation Unit of the U.S. Attorney's Office.

    The defendant is to participate in a mental health treatment program as directed by the United States Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.

    The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer. The financial information provided to the Probation Office by the defendant may be shared with the Financial Litigation Unit of the U.S. Attorney's Office.

    The defendant is to pay the balance of the restitution according to a court-ordered repayment schedule.

    The defendant is prohibited from gambling and shall participate in a mental health treatment/counseling, or any other appropriate treatment, for gambling issues, as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of the third party payment.

    The defendant is to serve (6) months in home detention with electronic monitoring (fee waived). The defendant is responsible for returning the monitoring equipment in good

condition and may be charged for replacement or repair of the equipment.
This memorandum was prepared as a supervision progress report and to notify the Court that the defendant is scheduled to terminate supervision on 9/6/2007 without having satisfied his financial obligation. Mr. Beck's current restitution balance is $22,753.80.

Overall, the Probation Department believes that Mr. Beck has made satisfactory progress while under supervision. A recent record check reveals no new criminal activity. To date, Mr. Beck continues to comply with his conditions of supervision.

It is the recommendation of the Probation Department that Mr. Beck's supervision be allowed to terminate as scheduled with the understanding that he will continue to make restitution payments to the U.S. District Court Clerk's Office until his financial obligation is satisfied.

Thank you for your attention to this matter. If Your Honor concurs with the above recommendation, kindly affix your signature below.

Reviewed by:

Brian McDonald
Supervising U.S. Probation Officer

I concur _____    I disagree and direct_____

Honorable Nancy Gertner
U.S. District Judge